consideration in light of *Johnson* v. *Mississippi*, 486 U. S. 578 (1988).

No. A–610. NEVILLE *v.* MOLLEN ET AL. Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–789. NEVILLE *v.* MOLLEN ET AL. C. A. 2d Cir. Application for stay and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–895 (87–7083). MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–928. GRACEY *v.* DAY ET AL. Application for injunction and other relief, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. D–684. IN RE DISBARMENT OF SCHULTZ. Disbarment entered. [For earlier order herein, see 485 U. S. 973.]

No. D–702. IN RE DISBARMENT OF SIERRA. Disbarment entered. [For earlier order herein, see 485 U. S. 1002.]

No. D–705. IN RE DISBARMENT OF SEAMAN. Roger George Seaman, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 25, 1988 [485 U. S. 1019], is hereby discharged.

No. D–716. IN RE DISBARMENT OF TIRELLI. It is ordered that Louis Anthony Tirelli, of Spring Valley, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–717. IN RE DISBARMENT OF ALFIERI. It is ordered that Richard Joseph Alfieri, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–718. IN RE DISBARMENT OF MORALES. It is ordered that Frank C. Morales, of Los Angeles, Cal., be suspended from